

**NUMBER 13-16-00483-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

DONALD L. SCHINDLER,                                                        Appellant,

**v.**

ELIZABETH M. SCHINDLER,                                                        Appellee.

**On appeal from the 25th Court
of Lavaca County, Texas.**

# ORDER

**Before Justices Rodriguez, Contreras, and Benavides
Order Per Curiam**

Appellant's counsel, Leslie A. Werner, has filed a motion to withdraw as counsel. We GRANT said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellant, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court. Appellant's brief was

filed on May 9, 2017, and appellee's brief is currently due on August 4, 2017.

Appellant is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, email address, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

It is so ORDERED.

PER CURIAM

Delivered and filed the
4th day of August, 2017.